James D. Kiley (2731)
KILEY, KILEY & KILEY, PLLC
107 Northern Boulevard, Suite 304
Great Neck, New York 11021
Telephone: (516) 466-7900
Facsimile: (516) 466-7903

*Attorneys for Defendant*
*Allegis Group, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

| | |
|---|---|
| AMERICAN HOME ASSURANCE CO., | Civil Action No. 14-CV-1260 (TPG)(KNF) |
| Plaintiffs, | |
| v. | **DEFENDANTS' NOTICE OF MOTION FOR SUMMARY JUDGMENT PURSUANT TO FED. R. CIV. P. 56** |
| ALLEGIS GROUP, INC. | |
| Defendants. | |

------------------------------------------------------------------x

**PLEASE TAKE NOTICE** that, upon the annexed Local Rule 56.1 Statement of Undisputed Facts, the Affirmation of James D. Kiley, Esq. dated June 24, 2015, the accompanying Memorandum of Law in Support of this Motion for Summary Judgment with exhibits and any and all prior pleadings and proceedings herein, Defendant Allegis Group Inc. by and through its undersigned counsel, Kiley, Kiley & Kiley, PLLC, will move this Court before the Honorable Thomas P. Griesa, on a date and at a time designated by the Court, at Courtroom 26B at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007, for an Order granting Defendants Summary Judgment, pursuant to Rule 56 of the Federal Rules of Civil Procedure, and for such other and further relief as is just and proper.

Dated: June 24, 2015

Respectfully submitted,

KILEY, KILEY & KILEY, PLLC

By: _____
James D. Kiley

107 Northern Boulevard
Suite 304
Great Neck, New York 10112
Telephone: (516) 466-7900
Facsimile: (516) 466-7903
JDKiley@Kileylawfirm.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 24th day of June, 2015, I caused true and correct copies of the following:

1. Defendant's Notice of Motion for Summary Judgment;
2. Proposed Order
3. Local Rule 56.1 Statement of Undisputed Facts;
4. Affirmation of James D. Kiley;
5. Memorandum of Law in Support of the Motion with Exhibits;

to be served upon all counsel of record by the Court's Electronic Case Filing System.

James D. Kiley

James D. Kiley (2731)
KILEY, KILEY & KILEY, PLLC
107 Northern Boulevard, Suite 304
Great Neck, New York 11021
Telephone: (516) 466-7900
Facsimile: (516) 466-7903

*Attorneys for Defendant*
*Allegis Group, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

AMERICAN HOME ASSURANCE CO.,

                Plaintiffs,

          v.

ALLEGIS GROUP, INC.

                Defendants.

-------------------------------------------------------------- x

Civil Action No. 14-CV-1260 (TPG)(KNF)

**ORDER**

HAVING CONSIDERED, Defendant Allegis Group, Inc.'s Motion for Summary Judgment, and any Opposition thereto, it is this the _____ day of _____ 2015 hereby:

ORDERED, that Defendant's Motion for Summary Judgment be and it is hereby GRANTED; and it is further:

ORDERED, that judgment be entered in favor of Defendant Allegis Group, Inc. and against Plaintiff American Home Assurance Company as to all counts.

                                                                         Thomas P. Griesa
                                                                         Judge, U.S District Court for the Southern
                                                                         District of New York